IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Cheri Davis, | ) | C/A No.: 0:17-cv-02835-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On August 10, 2018, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. In the motion, Plaintiff requested attorney's fees in the amount of $2,695.00 and expenses in the amount of $20.01. On August 24, 2018, Defendant filed a response in support indicating no objection to Plaintiff's requested EAJA award.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the Defendant to pay the sum of $2,695.00 in attorney's fees and $20.01 in expenses pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

August 24, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge